**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

GASTON CRAIG,                           CIVIL ACTION NO. 19-0593-P
Petitioner

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

WARDEN,                                 MAGISTRATE JUDGE PEREZ-MONTES
Respondent

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition (Record Document 1) is **DENIED and DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 25th day of June, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT